Julia Potocki, Respondent, v. Prudential Insurance Company of America, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for damages for premiums paid through misrepresentation. The order denied a motion for a new trial on the minutes.)

Joseph E. Johnson, Respondent, v. Alfred T. Gage, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

In the Matter of the Application of the Board of Education of the School District of the City of Niagara Falls, N. Y., and Others, Respondents, v. The City of Niagara Falls, N. Y., and Others, Appellants.— Order of affirmance amended to fix December 10, 1934, as the date upon which the city council shall convene to include the school budget in a school tax and assessment roll. Motion for a reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 807.]

The People of the State of New York ex rel. Jeanette A. Vicary, Respondent, v. Henry F. Thurston, Mayor of the City of Lockport, N. Y., and Others, Constituting the Board of Aldermen or Common Council of the City of Lockport, and Kathryn A. Niland, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

Amelia L. Wolf, as Administratrix, etc., of Joseph F. Wolf, Deceased, Respondent, v. Baltimore and Ohio Railroad Company, Appellant.— Motion for reargument denied. Motion of plaintiff and motion of defendant, each for leave to appeal to the Court of Appeals, granted. [See ante, p. 897.]

The People of the State of New York ex rel. Industrial Planning Corporation, Engineers, Relators, v. Jacques J. Kirkby and Others, Water Commissioners of the Holland Water District No. 1 of the Town of Holland, Erie County, N. Y., Respondents.— Application for certiorari order denied, without costs, on the authority of Kenwell v. Lee (261 N. Y. 113, 117); People ex rel. Desiderio v. Conolly (238 id. 326); Heughes v. Costich Co., Inc. (239 App. Div. 260).

John S. Murphy, Respondent, v. Larue Oversmith and Others, Defendants, and Darwin Myers, Appellant.— Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event. Memorandum. The trial court erroneously admitted evidence of statements of persons other than the appellant and not in the latter's presence that the appellant was a partner with the other defendants in their copartnership, and that he was interested in the business to such an extent as to make him liable to the plaintiff for his bill against the partnership. Declarations of one party that another is his partner are not competent to establish the partnership. There is no evidence here to show that appellant ever consented or authorized Danforth, Oversmith, Johnson or Reiman to speak for him or to represent him to any one as a partner in the concern doing business under the assumed name of Commercial Freight Dispatch. All concur. (The judgment is for compensation for work, labor and services.)

Rossney Contracting Corporation, Respondent, v. Buffalo Wash Tray Works, Incorporated, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for damages for breach of a contract to furnish manufactured curbing.)